The People of the State of New York ex rel. David Bernstein, Relator, v. Edward B. La Fetra, a Justice of the City Court of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

The People of the State of New York ex rel. Thomas F. McGilvray and Another, Relators, v. George H. Bell, as Commissioner, etc., Respondent. — Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Marie Dressler, Respondent, v. The Keystone Film Company, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Hyman Kalik, Respondent, v. Lorenzo Holland and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer and to answer on payment of costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Harry Seligman, an Infant, etc., by Morris Seligman, His Guardian ad Litem, Appellant, v. Louis Freehoff, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.; Scott, J., dissented.

Morris Seligman, as Administrator, etc., Appellant, v. Louis Freehoff, Respondent.—Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.; Scott, J., dissented.

Fannie Esrig, an Infant, by Simon Esrig, Her Guardian ad Litem, Appellant, v. Brook Avenue Poultry Company, Inc., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.; Clarke, P. J., dissented.

The Richardson Press, Appellant, v. Andrew Albright, Jr., Respondent. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Henry Doscher, Appellant, v. Phelps Guardant Time Lock Company and Another, Respondents.— Judgment affirmed, with costs, on opinion of Guy, J. (Reported in 89 Misc. Rep. 561). Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Arthur R. Bastine, Respondent, v. Webster B. Mabie, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J.. McLaughlin, Laughlin, Scott and Page, JJ.